IN THE UNITED STATES DISTRICT COURT
THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELA WILLIAMS | * | |
| Plaintiff | * | |
| v. | * | Case No: 09-775 |
| MANN BRACKEN, LLP | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the above-captioned case has been DISMISSED with prejudice.

\_/s/ Kate Shumaker_____
Kate Shumaker, Esquire
Kimmel & Silverman, PC
501 Silverside Road, Suite 118
Wilmington, DE 19809

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 15 day of December, 2009, that a copy of the aforegoing Notice of Voluntary Dismissal was e-filed, e-mailed, and sent by regular mail to:

Jill Brown, Esquire
Mann Bracken, LLP
11108 Zealand Ave N. suite 203
Champlin, MN 55316
Email JNB@MANNBRACKEN.COM

      /s/ Kate Shumaker
Attorney for Plaintiff
Kate Shumaker, Esquire
Kimmel & Silverman, PC
501 Silverside Road, Suite 118
Wilmington, DE 19809